# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS REESE, ) | |
| ) | Civil Action No. 11 - 1155 |
| Petitioner, ) | |
| ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| v. ) | |
| ) | |
| BRIAN V. COLEMAN and THE ) | |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF PENNSYLVANIA, ) | |

Respondents.

## ORDER

Upon review, it appears that Petitioner is currently litigating issues regarding his judgment of sentence in the Superior Court of Pennsylvania. The resolution of such issues bears directly on the timeliness of Petitioner's federal habeas petition pending in this case. As such,

**IT IS HEREBY ORDERED** that this case shall be administratively closed until the state appellate court has issued its ruling.

**IT IS FURHTER ORDRED** that counsel for Petitioner shall file a motion to reopen this case within fourteen (14) days of the state court ruling.

Dated: December 28, 2012

Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: Counsel of Record
*Via ECF Electronic Mail*

1